# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARION LOVE** | : | **DOCKET NO. 2:21-cv-3642** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JOHN P GARNER, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc.18] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. 9] is **DENIED**. It is further **ORDERED** that defendant **MCKENZIE CULPEPPER** is **DISMISSED** from this action with prejudice.

**THUS DONE AND SIGNED** in Chambers this 20th day of July, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**